Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD VAN STEENBURG, Appellant, v JOSEPH WASSER, as Sullivan County Sheriff, Respondent.

Submitted March 8, 2010; decided May 11, 2010

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the dismissal of the habeas corpus proceeding, denied; motion, insofar as it seeks leave to appeal from the remainder of the Appellate Division order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

MAURICA TALLARIDA, Appellant, v CITY OF CORNING et al., Respondents.

Submitted March 29, 2010; decided May 11, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DOUGLAS WARNEY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 114826.)

Submitted March 29, 2010; decided May 11, 2010

Motion for leave to appeal granted. Motion for poor person relief granted.

DOUGLAS WARNEY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 114826.)

Submitted March 29, 2010; decided May 11, 2010